UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED FINANCIAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant, | Case No. 1:19-cv-00019 LJO JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 7) |
|---|---|

On May 16, 2019, the parties reported they have settled the claims and have signed a settlement agreement. (Doc. 7) Thus, the Court **ORDERS**:

1. The parties SHALL file a joint stipulation seeking dismissal of the action no later than June 21, 2019.
2. All deadlines and hearings are VACATED.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **June 1, 2019**             /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE