# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY,<br><br>                 Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>                 Defendant. | Case No.: 1:19-cv-0019-LJO- JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION<br><br>(Doc. 10) |

On June 26, 2019, the parties filed a stipulation indicating all parties agreed that the above-captioned action is dismissed in its entirety, with prejudice. (Doc. 10) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Because all parties who have appeared signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); Fed.R.Civ.P. 41(a)(1)(A)(ii).

Accordingly, based upon the stipulation of the parties, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **June 27, 2019**              **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE